MITCHELL H. FEINBERG and Another, Copartners, etc., Respondents, v. SAMUEL BEINSTOCK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK ELECTRIC LAMP Co., INC., Respondent, v. AEROVOX WIRELESS CORPORATION, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL H. LYONS and Others, Respondents, v. NEBCO REALTY CORPORATION, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT OLLEY and Others, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS B. HASBROUCK, Plaintiff, v. JOSEPH MOREIDA and Others, Defendants. THE MASTAN Co., INC., Appellant; JACOB HOLMAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD HOPKINSON v. LEHIGH VALLEY RAILROAD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before June 10, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SUN OIL COMPANY v. ALEXANDER A. HELLER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before the 1st day of June, 1927. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE H. BRINKLER.— Preference granted for June 14, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of ELLA A. ROGERS, Deceased.— Preference granted for June 14, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Voluntary Intermediate Judicial Settlement of the Account of Proceedings of NATIONAL BANK OF COMMERCE IN NEW YORK and MAURICE LEON, as Surviving Executors, etc., of JOHN QUINN, Deceased.— Preference granted for June 14, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situated on Vyse and Bryant Avenues, Borough of The Bronx, Duly Selected for a School Site.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer. JJ.

JAMES J. TOBIN v. JOSEPH P. HENNESSY, as Commissioner of Parks of the Borough of The Bronx, and THE CITY OF NEW YORK.— Motion granted on condition that appellant be ready to argue or submit the appeal on June 3, 1927; otherwise, denied. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.